UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY /bmg/ D.C.

00 MAY 23 PM 3: 22

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

      Plaintiff,

v.                                                        Cv. No. 98-2862-TU(G)

FCR TENNESSEE, INC.,

      Defendant.

# JUDGMENT

      Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that this action is dismissed in accordance with the Consent Decree, docketed April 21, 2000.  Each party shall bear their own costs and attorneys' fees.

## APPROVED:

*Julia Smith Gibbons*
JULIA SMITH GIBBONS
UNITED STATES DISTRICT JUDGE

May 22, 2000
DATE

ROBERT R. DI TROLIO
CLERK

*Yolanda Savage*
(By) DEPUTY CLERK

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 5/23/00

(24)